# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: PINSON, JACOB | § Case No. 114-40212 |
|     PINSON, CHANA | § |
|     n | § |
| Debtor(s) n | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 21, 2014. The undersigned trustee was appointed on January 21, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $        183,300.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 40.08 |
| Bank service fees | 225.28 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 183,034.64 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/03/2016 and the deadline for filing governmental claims was 07/20/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,415.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,415.00, for a total compensation of $12,415.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $127.03, for total expenses of $127.03.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/21/2019              By: /s/DAVID J. DOYAGA SR.
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** 114-40212 | | **Trustee:** (520900) DAVID J. DOYAGA SR. | | |
| **Case Name:** PINSON, JACOB | | **Filed (f) or Converted (c):** 01/21/14 (f) | | |
| PINSON, CHANA | | **§341(a) Meeting Date:** 02/14/14 | | |
| **Period Ending:** 08/21/19 | | **Claims Bar Date:** 02/03/16 | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1328 President Street, Brooklyn, NY 11213<br>Imported from Amended Doc#: 24 | 922,000.00 | 327,441.49 | | 0.00 | FA |
| 2 | CASH ON HAND<br>Imported from Amended Doc#: 30 | 150.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE CHECKING<br>Imported from Amended Doc#: 30 | 100.00 | 100.00 | | 0.00 | FA |
| 4 | CITIBANK CHECKING<br>Imported from Amended Doc#: 30 | 100.00 | 100.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS<br>Imported from Amended Doc#: 30 | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | BOOKS<br>Imported from Amended Doc#: 30 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING<br>Imported from Amended Doc#: 30 | 800.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHING<br>Imported from Amended Doc#: 30 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 9 | JEWELRY & FUR<br>Imported from Amended Doc#: 30 | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | JEWELRY<br>Imported from Amended Doc#: 30 | 600.00 | 0.00 | | 0.00 | FA |
| 11 | FULL LIFE INSURANCE POLICY<br>Imported from Amended Doc#: 30 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 12 | DEFINED BENEFIT PENSION PLAN<br>Imported from Amended Doc#: 30 | Unknown | 0.00 | | 0.00 | FA |
| 13 | Deitsch Plastic Co Inc 7.1%<br>Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Deitsch Plastic Co, Inc 3.5%<br>Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Deitsch Family LLC<br>Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Annash Inc<br>Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 114-40212  
**Case Name:** PINSON, JACOB  
  PINSON, CHANA  
**Period Ending:** 08/21/19  

**Trustee:** (520900) DAVID J. DOYAGA SR.  
**Filed (f) or Converted (c):** 01/21/14 (f)  
**§341(a) Meeting Date:** 02/14/14  
**Claims Bar Date:** 02/03/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Rechovos Corp 25%<br>  Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Shalvah Partnership<br>  Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Essdee Realty Corp 12.3%<br>  Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Deitsch Int Sales Corp<br>  Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Yachad Enterprises LLC 55%<br>  Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Orange land Corp 6.2%<br>  Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Willowbrook Venture Co.<br>  Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Ford Fusion (Leased)<br>  Imported from Amended Doc#: 30 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | offer for referenced ownership interests | Unknown | 150,000.00 | | 165,000.00 | FA |
| 26 | Preference Paymentt to AMEX  (u) | 0.00 | 18,300.00 | | 18,300.00 | FA |
| 27 | Resolution fo Objection to sale of the Property | 0.00 | 150,000.00 | | 0.00 | FA |
| 28 | Title Connect, LLC d/b/a Home Title Connect<br>  Uncollectable/Valueless | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Payless Home Servicing<br>  Uncollectable/Valueless | 0.00 | 0.00 | | 0.00 | FA |
| **29** | **Assets    Totals** (Excluding unknown values) | **$946,450.00** | **$662,141.49** | | **$183,300.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 114-40212  
**Case Name:** PINSON, JACOB  
                PINSON, CHANA  
**Period Ending:** 08/21/19

**Trustee:** (520900) DAVID J. DOYAGA SR.  
**Filed (f) or Converted (c):** 01/21/14 (f)  
**§341(a) Meeting Date:** 02/14/14  
**Claims Bar Date:** 02/03/16

| 1<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016      **Current Projected Date Of Final Report (TFR):** June 10, 2019  (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 114-40212 | **Trustee:** | DAVID J. DOYAGA SR. (520900) |
|---|---|---|---|
| **Case Name:** | PINSON, JACOB | **Bank Name:** | Rabobank, N.A. |
| | PINSON, CHANA | **Account:** | ******1866 - Checking Account |
| **Taxpayer ID #:** | **-***7249 | **Blanket Bond:** | $69,289,805.00  (per case limit) |
| **Period Ending:** | 08/21/19 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/30/18 | {26} | American Express | Receipt of preference made to AMEX | 1241-000 | 18,300.00 | | 18,300.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 18,290.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.55 | 18,265.45 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.27 | 18,239.18 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.35 | 18,213.83 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.81 | 18,185.02 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.28 | 18,159.74 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.85 | 18,131.89 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.94 | 18,104.95 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.88 | 18,091.07 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.35 | 18,074.72 |
| 12/24/18 | {25} | Nutovic IOLA account | business interests in several entities per court order | 1129-000 | 165,000.00 | | 183,074.72 |
| 01/11/19 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/11/2019 FOR CASE #114-40212, Blanket Bond Premium 1.1.19 to 1.1.20 | 2300-000 | | 40.08 | 183,034.64 |
| 05/08/19 | | Transition Transfer Debit | | 9999-000 | | 183,034.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **183,300.00** | **183,300.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 183,034.64 | |
| | | | **Subtotal** | | **183,300.00** | **265.36** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$183,300.00** | **$265.36** | |

{} Asset reference(s)                                                                                                     Printed: 08/21/2019 10:07 AM    V.14.50

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 114-40212  
**Case Name:** PINSON, JACOB  
               PINSON, CHANA  
**Taxpayer ID #:** **-***7249  
**Period Ending:** 08/21/19

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** United Bank  
**Account:** ********6962 - Checking Account  
**Blanket Bond:** $69,289,805.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/19 | | Transfer from 0061 to 6962 | Transfer from 0061 to 6962 | 9999-000 | 183,034.64 | | 183,034.64 |
| | | | **ACCOUNT TOTALS** | | 183,034.64 | 0.00 | **$183,034.64** |
| | | | Less: Bank Transfers | | 183,034.64 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | | |
|---|---|---|
| Net Receipts : | 183,300.00 | |
| Net Estate : | $183,300.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1866** | 183,300.00 | 265.36 | 0.00 |
| **Checking # ********6962** | 0.00 | 0.00 | 183,034.64 |
| | **$183,300.00** | **$265.36** | **$183,034.64** |

{} Asset reference(s)  
Printed: 08/21/2019 10:07 AM    V.14.50

# Claims Register

### Case: 114-40212    PINSON, JACOB

Claims Bar Date:  02/03/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | DAVID J. DOYAGA SR. <br> 26 COURT STREET <br> SUITE 1601 <br> BROOKLYN, NY 11242 <br> <2100-00   Trustee Compensation>,  200 | Admin Ch.  7 <br> 01/21/14 |  | $12,415.00 <br> $12,415.00 | $0.00 | $12,415.00 |
|  | DAVID J. DOYAGA <br> ATTORNEYS AT LAW <br> 26 COURT STREET  SUITE 1601 <br> BROOKLYN, NY 11242 <br> <2200-00   Trustee Expenses>,  200 | Admin Ch.  7 <br> 01/21/14 |  | $127.03 <br> $127.03 | $0.00 | $127.03 |
|  | Shapiro & Associates, PLLC <br> 3145 Coney Island Avenue <br> Brooklyn, NY 11235 <br> <3210-60   Special Counsel for Trustee Fees>,  200 | Admin Ch.  7 <br> 01/21/14 |  | $61,100.00 <br> $61,100.00 | $0.00 | $61,100.00 |
|  | DAVID J. DOYAGA <br> ATTORNEYS AT LAW <br> 26 COURT STREET  SUITE 1601 <br> BROOKLYN, NY 11242 <br> <3210-60   Special Counsel for Trustee Fees>,  200 | Admin Ch.  7 <br> 01/21/14 |  | $19,867.50 <br> $15,811.00 | $0.00 | $15,811.00 |
|  | Shapiro & Associates, PLLC <br> 3145 Coney Island Avenue <br> Brooklyn, NY 11235 <br> <3220-61   Special Counsel for Trustee Expenses>,  200 | Admin Ch.  7 <br> 01/21/14 |  | $6,372.22 <br> $6,372.22 | $0.00 | $6,372.22 |
|  | Andrew W. Plotzker, CPA, LLC <br> 59 East 54th Street, Suite 61 <br> New York, NY 10022 <br> <3310-00   Accountant for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7 <br> 01/21/14 |  | $13,396.50 <br> $13,396.50 | $0.00 | $13,396.50 |
|  | Andrew W. Plotzker, CPA, LLC <br> 59 East 54th Street, Suite 61 <br> New York, NY 10022 <br> <3320-00   Accountant for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7 <br> 01/21/14 |  | $297.17 <br> $297.17 | $0.00 | $297.17 |
| 1 -1 | New York City Water Board <br> Department of Environmental <br> Protection, <br> Flushing, NY 11373-5108 <br> <4120-00   Real Estate--Non-consensual Liens (judgments, mechanics liens)>,  100 | Secured <br> 01/31/14 |  | $2,678.32 <br> $0.00 | $0.00 | $0.00 |
| 2 -1 | E.K. Development, LLC <br> Ballon StollBander & <br> Nadler,729 Seventh Avenue <br> New York, NY 10019 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 03/07/14 |  | $6,125,265.00 <br> $6,125,265.00 | $0.00 | $6,125,265.00 |

# Claims Register

## Case: 114-40212    PINSON, JACOB

Claims Bar Date:  02/03/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 -1 | Whittlesey & Hadley, P.C. fka Weinstein & Anastasio P.C.,One Hamden Center,2319 Whitney Avenue, Suite Hamden, CT 06518 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/20/15 | | $43,140.00 $43,140.00 | $0.00 | $43,140.00 |
| 4 -1 | Ford Motor Credit Company, LLC P.O. Box 62180 Colorado Springs, CO 80962 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/11/15 | | $3,519.73 $0.00 | $0.00 | $0.00 |
| 5 -1 | Steven Sisskind c/o Jack Hassid, Esq. 460 Park Avenue,10th Floor New York, NY 10022 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/11/15 | | $1,979,567.48 $1,979,567.48 | $0.00 | $1,979,567.48 |
| 6 -1 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/08/15 | | $11,648.88 $11,648.88 | $0.00 | $11,648.88 |
| 7 -1 | Toyota Motor Credit Corporation c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/19/16 | | $1,505.08 $1,505.08 | $0.00 | $1,505.08 |
| 8 -1 | Toyota Motor Credit Corporation c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/19/16 | | $789.27 $789.27 | $0.00 | $789.27 |
| 9 -1 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/02/16 | | $300.67 $300.67 | $0.00 | $300.67 |
| 10 -1 | American Express National Bank c/o Darryl S. Laddin,Arnall Golden Gregory LLP,171 17th Street NW, Suite 21 Atlanta, GA 30363-1031 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/03/18 | Pursuant to  502(h) & Settlement agreement filed with the Court on July 16, 2018 | $18,300.00 $18,300.00 | $0.00 | $18,300.00 |

# Claims Register

### Case:  114-40212    PINSON, JACOB

Claims Bar Date:   02/03/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 -1 | Metropolitan Estates Inc.<br>Vogel Bach & Horn, LLP<br>30 Broad Street, 14th Floor<br>New York, NY 10004<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/06/18 | Pursuant to Motion filed with the Court  April 14, 2017 | $1,927,089.00<br>$1,927,089.00 | $0.00 | $1,927,089.00 |
| 12 -1 | Wilk Real Estate, Ltd. and Albert Wilk<br>Vogel Bach & Horn, LLP<br>30 Broad Street, 14th Street<br>New York, NY 10004<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/06/18 | Pursuant to Motion filed with the Court  April 14, 2017 | $250,000.00<br>$250,000.00 | $0.00 | $250,000.00 |
| | | | **Case Total:** | | **$0.00** | **$10,467,124.30** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 114-40212
Case Name: PINSON, JACOB
Trustee Name: DAVID J. DOYAGA SR.

**Balance on hand:**  $ 183,034.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 -1 | New York City Water Board | 2,678.32 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 183,034.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID J. DOYAGA SR. | 12,415.00 | 0.00 | 12,415.00 |
| Trustee, Expenses - DAVID J. DOYAGA | 127.03 | 0.00 | 127.03 |
| Accountant for Trustee, Fees - Andrew W. Plotzker, CPA, LLC | 13,396.50 | 0.00 | 13,396.50 |
| Accountant for Trustee, Expenses - Andrew W. Plotzker, CPA, LLC | 297.17 | 0.00 | 297.17 |
| Other Fees: DAVID J. DOYAGA | 15,811.00 | 0.00 | 15,811.00 |
| Other Expenses: Shapiro & Associates, PLLC | 6,372.22 | 0.00 | 6,372.22 |
| Other Fees: Shapiro & Associates, PLLC | 61,100.00 | 0.00 | 61,100.00 |

Total to be paid for chapter 7 administration expenses: $ 109,518.92
Remaining balance: $ 73,515.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 73,515.72

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 73,515.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,357,605.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -1 | E.K. Development, LLC | 6,125,265.00 | 0.00 | 43,475.62 |
| 3 -1 | Whittlesey & Hadley, P.C. | 43,140.00 | 0.00 | 306.20 |
| 5 -1 | Steven Sisskind | 1,979,567.48 | 0.00 | 14,050.48 |
| 6 -1 | American Express Bank, FSB | 11,648.88 | 0.00 | 82.68 |
| 7 -1 | Toyota Motor Credit Corporation | 1,505.08 | 0.00 | 10.68 |
| 8 -1 | Toyota Motor Credit Corporation | 789.27 | 0.00 | 5.60 |
| 9 -1 | Synchrony Bank | 300.67 | 0.00 | 2.13 |
| 10 -1 | American Express National Bank | 18,300.00 | 0.00 | 129.89 |
| 11 -1 | Metropolitan Estates Inc. | 1,927,089.00 | 0.00 | 13,678.00 |
| 12 -1 | Wilk Real Estate, Ltd. and Albert Wilk | 250,000.00 | 0.00 | 1,774.44 |

| | Total to be paid for timely general unsecured claims: | $ | 73,515.72 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | **$** | 0.00 |
|---|---|---|---|
|  | Remaining balance: | **$** | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | **$** | 0.00 |
|---|---|---|---|
|  | Remaining balance: | **$** | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**