**EXHIBIT F**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Jacob Pinson &<br>Chana Pinson,<br><br>　　　　　　　Debtors | Case No.  1-14-40212-ess<br><br>Chapter 7 |

**<u>CASE NARRATIVE</u>**

　　　　Trustee received and reviewed Debtor's petition and schedules, conducted the Meeting of Creditors and continued the Meeting if necessary, conducted all banking, review of claims and prepared Final Report.

　　　　The funds being disbursed were completely the product of the legal work performed. The legal work required in this Case was both of special counsel who prosecuted the Debtors' numerous transferees and that of Applicant as general counsel to the estate. The fact that special counsel worked under a contingency fee arrangement has resulted in a greater return to unsecured creditors in this case given the ultimate outcome. What prompted the ultimate global settlement in this Case of <u>all</u> the litigation, was the Trustee's Motion to Sell. As general counsel to the estate the Motion was made for the sale of Debtors' assets (Document no. 174 on the docket). This in turn prompted the ultimate resolution in this Case as all of the adversary proceedings as well as the sale application were settled pursuant to a global stipulation of settlement which was entered into by the attorneys for the defendants in all the adversary proceedings as well as the attorneys for the Metropolitan Estates and Wilk Real Estate Ltd (who were seeking to file a late claim.) Had Trustee's General Counsel not filed this motion, the litigation required would have certainly gone on for years and years. The resolution of this sale motion prompted the ultimate resolution of the Case and should be credited for eventually making the estate liquid and there being a recovery for Creditors.

　　　　Trustee spent a great deal of time in preserving the possibility to object to Debtors' discharge and moreover an investigation was conducted by special counsel of the general financial conduct of the Debtors.

　　　　This Case has a bit of a tortured history in that there was examination of the Debtors at a deposition conducted both by special counsel and by general counsel and the production of numerous documents by the Debtors.  However ultimately it was the threat of sale of the assets of the Debtors or the percentage interests of the Debtors in several companies which prompted the ultimate settlement and payment of proceeds in this Case.